fected his decision. Defendant Woodard was offered the opportunity to respond before we finally resolve the appeal, and he has chosen not to do so. His 210–month sentence, the bottom of the Guidelines range, does not appear to be unreasonable and is therefore affirmed.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Macquillie WOODARD, Defendant–Appellant.**

**No. 04–2498.**

United States Court of Appeals, Seventh Circuit.

Aug. 25, 2005.

Robert N. Trgovich, Office of the United States Attorney, Fort Wayne, IN, for Plaintiff–Appellee.

Macquillie Woodard, Fort Wayne, IN, pro se.

Mark A. Thoma, Tremper, Bechert, Leonard & Terrill, Fort Wayne, IN, for Defendant–Appellant.

Before POSNER, EASTERBROOK, and EVANS, Circuit Judges.

#### Order

On limited remand under *United States v. Paladino*, 401 F.3d 471, 483–84 (7th Cir.2005), the district judge concluded that knowledge about the advisory status of the Sentencing Guidelines would not have af-